UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ESTATE OF LUCILLE WALTER, 111
Walter Street, Tonawanda, NY 14150;
UNKNOWN HEIRS OF LUCILLE
WALTER, Dec'd (DOD 01/1/2016);
WILLIAMSVILLE SUBURBAN, LLC,
C/O The LLC, 6085 Strickland Ave.,
Brooklyn, NY 11234

    Defendants.

24-CV-946 (JLS) (MJR)

## DECISION AND ORDER

Plaintiff commenced this action on October 3, 2024, asserting claims under Article 13 of the New York Real Property Actions and Proceedings Law with respect to the mortgage encumbering 111 Walter Street, Tonawanda, New York, 14150. *See* Dkt. 1. The case has been referred to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A),(B), and (C). Dkt. 12.

On February 25, 2025, Plaintiff moved for default judgment of foreclosure and sale under Rule 55(b) of the Federal Rules of Civil Procedure. Dkt. 11. Despite being served, "none of the named defendants filed a response" to the motion or "otherwise contacted the Court." Dkt. 14 at 4. On September 23, 2025, Judge Roemer issued a Report and Recommendation ("R&R"), recommending that this Court deny Plaintiff's

motion without prejudice. *See* Dkt. 14. Neither party filed objections, and the time to do so has expired. *Id.*

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts Judge Roemer's recommendation.

Thus, for the reasons in the R&R, Plaintiff's motion for default judgment of foreclosure and sale is DENIED without prejudice. The case is referred back to Judge Roemer consistent with the February 6, 2025 scheduling order. *See* Dkt. 12.

SO ORDERED.

Dated:   December 1, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE